IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**KAWASAKI MOTORS FINANCE CORPORATION,**

    Plaintiff,

v.

**TIFTON CYCLES, INC., et al.,**

    Defendants.

Civil Action 7:12-CV-16 (HL)

### ORDER

Plaintiff has responded to the Court's show cause order dated May 23, 2012. Plaintiff states that it is still attempting to serve John G. Aldous, the John G. Aldous Living Trust, Patricia Aldous, the Patricia Aldous Living Trust, Don L. Jones, and Julia Jones. Plaintiff has requested an additional 60 days to perfect service on these defendants.

Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 120 days after the complaint is filed, the Court must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Rather than dismiss the complaint against the unserved defendants at this time, the Court orders Plaintiff to perfect service on them on or before July 16, 2012. If Plaintiff determines that service by publication will be necessary, the Court advises Plaintiff not to wait until July 15 to file the appropriate motion.

**SO ORDERED**, this the 1st day of June, 2012.

                                            *s/ Hugh Lawson*
                                            **HUGH LAWSON, SENIOR JUDGE**

mbh