IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KAWASAKI MOTORS FINANCE CORPORATION,**<br><br>    Plaintiff,<br><br>v.<br><br>**TIFTON CYCLES, INC., et al.,**<br><br>    Defendant. | Civil Action No. 7:12-CV-16 (HL) |

### DEFAULT JUDGMENT

Pursuant to Plaintiff's Motion for Default Judgment (Doc. 40) and Supplement to Plaintiff's Motion for Default Judgment (Doc. 43) and the attached affidavits outlining the amount due, judgment is hereby entered against Defendants Tifton Cycles, Inc., John G. Aldous, Patricia Aldous, Patricia Aldous Living Trust (dated August 26, 2006), Gregory Mackey, Karmen Mackey, Don L. Jones, Julia Jones, Tobyn T. Lee, William C. Lee, and John G. Aldous Living Trust (dated August 26, 2006), jointly and severally in the amounts of $8,925 for the deficiency owed under the financing documents and guarantees, $4,200 in costs associated with the repossession, $3,863.77 in interest, and $10,842.65 in attorney's fees. The foregoing amounts shall accrue interest at the rate of 0.18% per annum until paid in full.

**SO ORDERED**, this 1st day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh